

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00489-CV

**IN THE INTEREST OF K-K.J.B.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02082
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED**.

It is **ORDERED** that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rules of Appellate Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED November 19, 2025.

_____
Velia J. Meza, Justice